*PELUSO & TOUGER, LLP*
*408 BROADWAY*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*
*PH. NO. (212) 608-1234*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/22/2026__

## MEMORANDUM ENDORSED

April 22, 2026
By ECF
Honorable Gregory H. Woods
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Quirino Garcia Diaz,</u>
         25 CR 586 (GHW)

Your Honor,

I write to respectfully request that the Court allow interim vouchers in this matter.  As the Court is aware there is a very high volume of Discovery to review in this matter which will then have to be discussed in detail with my client. Thus, it would be very helpful to the financial security of counsel if we could file interim vouchers.

Thank you very much for your consideration in this matter.

Most Respectfully,

David Touger

Application granted.  Mr. Touger may file interm vouchers in this matter.  However, because the Court understands that the work in this case is expected to be voluminous, the Court requests that counsel work with the Second Circuit's CJA budgeting attorney to develop a "mega-case" budget before submitting interim vouchers for reimbursement.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated:  April 22, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge