***PELUSO & TOUGER, LLP***
*408 BROADWAY*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**
**Ph. No. (212) 608-1234**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**MEMORANDUM ENDORSED**

September 30, 2026

By ECF

Honorable Gregory H. Woods
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Quirino Garcia Diaz,
25 Cr. 586 (GHW)

Your Honor,

Please accept this letter as a motion to adjourn the Sentencing in the above matter presently scheduled for October 23rd for three weeks. I have consulted with the Probation Department and AUSA Connie Dang and neither has an objection to this request. The adjournment is necessitated because I have just completed a trial that has taken up much of my time the past month or so and thus, I have been unable to concentrate on this matter. I apologize for this request, but it is necessary so I can give this Sentencing the attention it deserves. I thank the Court for its understanding. I have spoken with AUSA Connie Dang and we are both available any day the week of November 9th except for November 13th. If that week is not good for the Court, the week of November 16 is also good, except for November 17 and 20.

Most Respectfully,

David Touger, Esq.

Application granted in part. The sentencing hearing previously scheduled for October 23, 2026 at 12:00 p.m. is adjourned to December 16, 2026 at 10:00 a.m. The defendant's sentencing submissions are due no later than December 2, 2026; the Government's sentencing submissions are due no later than December 9, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.
SO ORDERED.

Dated: September 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge